IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADAM WL EARLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 16-0609-MU |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) ) |
| Defendant | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this the **6th** day of **October, 2017**.

        s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**